1142

In the Matter of VILLAGE OF PULASKI, Respondent, v ROBERT M. WEICHERT, Assignee of Robert S. Weichert, Appellant.

Submitted May 31, 2016; decided July 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.